**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

UNITED STATES OF AMERICA

VS.                                    4:06CR00164-02 GTE

JENNIFER WAINWRIGHT

**ORDER**

Jennifer Wainwright appeared before the Court on May 17, 2006, for Plea and Arraignment and was released on bond under standard Conditions of Release (docket entry #11). United States Pretrial Services Officer, Ms. Tiffany Dabney, has orally requested that condition 7(k), undergo medical or psychiatric treatment, be added because there is an indication that Defendant Wainwright would benefit from mental health counseling. The Court finds good cause for granting this request.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release (docket entry #35) is hereby **MODIFIED** such that condition 7(k) is hereby **ADDED**.

ORDERED this 19th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE